IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Shanks<br>Debtor, | BANKRUPTCY CASE NUMBER<br>16-13758/ELF |
| Nationstar Mortgage LLC<br>Movant.<br>v. | CHAPTER 13<br>11 U.S.C. § 362 |
| Michael Shanks<br>Debtor/Respondent, | |
| William C. Miller, Trustee<br>Additional Respondent. | |

**ORDER**

AND NOW, this 17th day of December, 2019, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 6635 North Bouvier Street, Philadelphia, PA 19126· and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE