United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Shanks
        Debtor

Case No. 16-13758-elf
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Dec 17, 2019 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db         +Michael Shanks,   1350 Farrington Road,   Philadelphia, PA 19151-2831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
        BRAD J. SADEK   on behalf of Debtor Michael   Shanks brad@sadeklaw.com,  bradsadek@gmail.com
        JEROME B. BLANK   on behalf of Creditor   Bank of America, NA paeb@fedphe.com
        KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
        KEVIN S. FRANKEL   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
        karena.blaylock@phila.gov
        PEARL PHAM   on behalf of Creditor   Philadelphia Gas Works pearl.pham@pgworks.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor   ACAR Leasing LTD dba GM Financial Leasing
        ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                          TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael Shanks
     Debtor,

Nationstar Mortgage LLC
     Movant.
v.

Michael Shanks
     Debtor/Respondent,

William C. Miller, Trustee
     Additional Respondent.

BANKRUPTCY CASE NUMBER
16-13758/ELF

CHAPTER 13

11 U.S.C. § 362

## ORDER

AND NOW, this ___17th___ day of ___December___, 2019, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 6635 North Bouvier Street, Philadelphia, PA 19126· and it is
                                                 N

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.


ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE