Certificate Number: 03088-PAE-DE-035867606

Bankruptcy Case Number: 16-13758



03088-PAE-DE-035867606

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2021, at 7:28 o'clock AM CDT, Michael R Shanks completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 27, 2021

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor