United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13758-elf |
| Michael Shanks | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 55 |

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Shanks, 1350 Farrington Road, Philadelphia, PA 19151-2831 |
| cr | + | Ditech Financial LLC FKA Green Tree Servicing, LLC, 14841 Dallas Parkway, Suite 300, DALLAS, TX 75254-7883 |
| cr | + | Legacy Mortgage Asset Trust 2018-SL1, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | MTGLQ INVESTORS, L.P., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, 10700 ABBOTS BRIDGE RD, DULUTH, GA, UNITED STATES 30097-8458 |
| cr | + | New Residential Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Rd, Ste. 170, Duluth, GA 30097-8461 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| cr | + | WELLS FARGO BANK, N.A., 1 HOME CAMPUS, MAC X2303-01A, DES MOINES, IA 50328-0001 |
| cr | + | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14360039 | + | ACAR Leasing LTD dba GM Financial Leasing., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14568104 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 PABKR@brockandscott.com 08054-1218 |
| 14568640 | + | Bank of America, c/o Andrew Spivack, Esq., 302 Fellowship Road, Suite 130, Mount Laurel NJ 08054-1218 |
| 13809811 | # | Bank of America, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC # N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 13733712 | | City of Philadelphia, Law Department, Lockbox 9357, P.O. Box 8500, Philadelphia, PA 19178-9357 |
| 13733711 | + | City of Philadelphia, Pioneer Lockbox #1867, P.O. Box 8500, Philadelphia, PA 19178-8500 |
| 13733713 | | City of Philadelphia, P.O. Box 785912, Philadelphia, PA 19178-5912 |
| 13733707 | | City of Philadelphia, P.O. Box 786612, Philadelphia, PA 19178-6612 |
| 13733714 | | Commonwealth of PA, City of Philadelphia, Water Revenue Bureau, Philadelphia, PA 19102 |
| 13733715 | + | Ditech Financial LLC, 332 Minnesota St, Ste 610, Saint Paul, MN 55101-1314 |
| 14338193 | + | Ditech Financial LLC, c/o Kevin G. McDonald, Esq., KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13816293 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13733717 | | Linebarger Goggan Blair & Sampson, LLP, 4 Penn Center, 1400 J.F.K. Blvd, Suite 910, Philadelphia, PA 19103 |
| 13733718 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, 350 Highland Dr, Lewisville, TX 75067 |
| 13733719 | + | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 13739245 | + | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14497464 | + | Newrez LLC D/B/A Shellpoint Mortgage Servicing, c/o Andrea Betts, Esq., 10700 Abbott's Bridge Road, Suite 170, Duluth GA 30097-8461 |
| 13733720 | + | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13733721 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 13733722 | + | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13733723 | + | Revenue Collection Bureau, Inc., 5900 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 13733724 | + | Specialized Loan Service, 8742 Lucent Blvd, Ste 300, Highlands Ranch, CO 80129-2386 |
| 14182592 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14547901 | | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 13817356 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13733725 | + | Wells Fargo Bank NV NA, P.O. Box 31557, Billings, MT 59107-1557 |
| 14568105 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13784215 | | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |

Case 16-13758-elf   Doc 87   Filed 08/01/21   Entered 08/02/21 00:37:17   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 55 |

| 13733726 | + | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |
|---|---|---|

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 30 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2021 23:22:00 | ACAR Leasing LTD dba GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, Joshua Domer, 1401 JFK Boulevard 5th Floor, City of Philadelphia Law Department, Philadelphia, PA 19102 |
| 13740598 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2021 23:22:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO BOX 183692, Arlington, TX 76096-3692 |
| 14394004 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2021 23:22:00 | ACAR Leasing LTD dba GM Financial Leasing, PO Box 183853, Arlington TX 76096-3853 |
| 13745646 | | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2021 23:22:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13733705 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2021 23:22:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13733709 | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, Law Department, Water Collections Unit, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 13733710 | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, Law Department, Code Enforcement Unit, One Parkway, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102 |
| 13820397 | + | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13733708 | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, Department of Revenue, P.O. Box 148, Philadelphia, PA 19105-0148 |
| 13733716 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2021 23:22:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 13733706 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 30 2021 23:32:14 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14450674 | | New Residential, Mortgage LLC |
| cr | *+ | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 13773250 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 55

|  |  |  |
|---|---|---|
|  |  | LLC, PO Box 619096, Dallas TX 752619741 |
| 14205253 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14534111 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Bank of America  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Michael Shanks brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JEROME B. BLANK | on behalf of Creditor Bank of America  NA paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor NATIONSTAR MORTGAGE  LLC pa-bk@logs.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Michael Shanks
       Debtor(s)

Bankruptcy No: 16−13758−elf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/30/21

86 − 85
Form 138_new