United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 16-13758-elf

Michael Shanks                                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

**Recip ID              Recipient Name and Address**
db                   +  Michael Shanks, 1350 Farrington Road, Philadelphia, PA 19151-2831

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021                              Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Bank of America  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Michael Shanks brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JEROME B. BLANK | on behalf of Creditor Bank of America  NA paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |

District/off: 0313-2                          User: admin                                     Page 2 of 2

Date Rcvd: Oct 19, 2021                       Form ID: 195                                  Total Noticed: 1

KEVIN S. FRANKEL
                    on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com

KEVIN S. FRANKEL
                    on behalf of Creditor NATIONSTAR MORTGAGE  LLC pa-bk@logs.com

PAMELA ELCHERT THURMOND
                    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

PEARL PHAM
                    on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                    on behalf of Creditor ACAR Leasing LTD dba GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Michael Shanks                                          : Case No. 16−13758−elf

        Debtor(s)

## *ORDER*

_____

    AND NOW, this day , October 19, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court